DAVID N. KELLEY
United States Attorney for the
Southern District of New York
By:    F. JAMES LOPREST, JR. (FJL:3210)
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/04
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
QIAN LIN, A75 560 206, and PETER MOCEO,

        Plaintiffs,

    - v. -

MARY ANN GANTNER, et al.,

        Defendants.
------------------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

04 Civ. 6782 (KMW)

    IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-referenced action be, and hereby is, dismissed with prejudice and without costs or attorney's fees to any party, subject to plaintiffs' right to reinstate the action by written notice to the Court, upon ten (10) days' prior notice to the United States Attorney's Office for the Southern District of New York, within sixty (60) days of the date of entry of this Stipulation and Order, if defendants have not adjudicated plaintiff Qian Lin's adjustment application by that time.

Dated:  New York, New York
         September 30, 2004

                          _Carolyn S. Goldfarb_
                          CAROLYN S. GOLDFARB, ESQ. (CSG: 1458)
                          Attorney for Plaintiffs
                          20 West 20th Street, 2d Floor
                          New York, NY 10011
                          Tel. No.: (212) 807-0820

Dated:  New York, New York
         ~~September~~ 4, 2004
         October

                          DAVID N. KELLEY
                          United States Attorney for the
                          Southern District of New York
                          Attorney for Defendants

       By:   _F. James Loprest, Jr._
                          F. JAMES LOPREST, JR. (FJL:3210)
                          Special Assistant United States Attorney
                          86 Chambers Street, 4th Floor
                          New York, NY 10007
                          Tel. No.: (212) 637-2728

SO ORDERED:  NY, NY
                  12-10-04

_Kimba M. Wood_
HON. KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE