*Carolyn S. Goldfarb  Attorney at Law*

20 West 20th Street  2nd fl. • New York, N.Y. 10011 • (212) 807-0820
Fax: (212) 807-0920
Email: CarolynEsq@aol.com

# MEMO ENDORSED

August 19, 2005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/05

BY FAX AND FIRST CLASS MAIL

Honorable Judge Kimba M. Wood
United States District Court Judge
Southern District of New York
Daniel Patrick Moynahan United States Courthouse
500 Pearl Street, Room 1610
New York, New York 10007

Re: Qian Lin v. Gantner
04 Civ. 6782 (KMW)

Dear Judge Wood:

Pursuant to your instructions, I am requesting that this action be voluntarily dismissed pursuant to FRCP Rule 41(a)(1)((i).

Very truly yours,

Carolyn S. Goldfarb

### CERTIFICATE OF SERVICE

I, Carolyn S. Goldfarb, Esq. certify that I faxed and mailed a copy of this letter via first class mail to the Special Assistant United States Attorney, F. James Loprest, Jr., SDNY, 86 Chambers Street, 4th Floor, NY, NY 10007 on August 19, 2005.

Carolyn S. Goldfarb

[handwritten notation, partially illegible: ... is dismissed ... this case. Any pending motions are moot.]

SO ORDERED, N.Y., N.Y. 8/22/05
KIMBA M. WOOD
U.S.D.J.